854

No. 764.   INTERSTATE HOTEL CO. *v.* REMICK MUSIC CORP.;

No. 765.   PEONY PARK, INC. *v.* M. WITMARK & SONS;

No. 766.   FOX *v.* CHAPPELL & CO., INC.; and

No. 767.   INTERSTATE HOTEL CO. *v.* KERN ET AL.   February 17, 1947.   329 U. S. 809.

No. 62.   MORRIS *v.* JONES, DIRECTOR OF INSURANCE. March 3, 1947.   329 U. S. 545.

No. 208.   TRANSPARENT-WRAP MACHINE CORP. *v.* STOKES & SMITH CO.   March 3, 1947.   329 U. S. 637.

No. 690.   INSURANCE GROUP COMMITTEE ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. March 3, 1947.   329 U. S. 607.

No. 725.   DE NORMAND *v.* UNITED STATES.   March 3, 1947.

No. 792.   GENERAL METALS POWDER CO. *v.* S. K. WELLMAN CO. ET AL.   March 3, 1947.   329 U. S. 812.

No. 816.   PATTERSON *v.* VIRGINIA ELECTRIC & POWER CO.   March 3, 1947.   329 U. S. 813.

No. 826.   BRUMMEL *v.* L. F. DIETZ & ASSOCIATES, INC. ET AL.   March 3, 1947.   329 U. S. 813.